Honorable Richard A. Jones
Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS LOPEZ HERNANDEZ, et al.,<br><br>Defendants. | CASE NO.  CR18-5579RBL<br><br><br>**NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT,<br><br>Defendant. | NO. CR20-00018RAJ<br><br><br>**NOTICE OF RELATED CASES** |

Comes now the United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Marci L. Ellsworth and Karyn S. Johnson, Assistant United States Attorneys for said District, and respectfully submits the following Notice of Related Cases.

The two cases captioned above are related cases.

On November 29, 2018, the Grand Jury charged 31 members of a large drug trafficking organization (DTO) with one count of Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

NOTICE OF RELATED CASES
*United States v. Hernandez et al,* CR18-5579RBL
*United States v. Michael Scott*, CR20-00018RAJ – 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

and 846 (Count 1), and some of those 31 individuals in two related money laundering counts, in case number CR18-5579RBL. Agents arrested many of the 31 indicted defendants on December 5-6, 2018. The coordinated takedown was the culmination of a year-plus long investigation conducted by the Drug Enforcement Administration that involved several periods of court-authorized wiretaps.

The above-captioned cause is directly related to the case of *United States v. Hernandez et al.*, in which Michael Scott is a Defendant. In that case, Michael Scott was sentenced to 78 months on January 24, 2020. Because United States District Judge Leighton is already familiar with Defendant's conduct in the other case and because the conduct giving rise to the charge in this case is similar, the United States believes the cases are "related cases" such that a consolidation of the two would be in the interests of judicial efficiency.

DATED this 13th day of February, 2020.

Respectfully submitted,

BRIAN T. MORAN
UNITED STATES ATTORNEY

*/s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
KARYN S. JOHNSON
Assistant United States Attorneys

NOTICE OF RELATED CASES
*United States v. Hernandez et al,* CR18-5579RBL
*United States v. Michael Scott*, CR20-00018RAJ – 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

 */s/ Lisa Crabtree*
LISA CRABTREE
Paralegal
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: Lisa.Crabtree@usdoj.gov

NOTICE OF RELATED CASES
*United States v. Hernandez et al,* CR18-5579RBL
*United States v. Michael Scott*, CR20-00018RAJ – 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800