|   |   |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-0018RBL |
| Plaintiff, | MINUTE ORDER RE: TRIAL DATE |
| v. |   |
| MICHAEL SCOTT, |   |
| Defendant. |   |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Pursuant to General Order 02-20 for the Western District of Washington, all civil and criminal hearings and trial dates scheduled to occur before June 1, 2020, are continued pending further order of the Court. Therefore, the trial in this case cannot proceed on the currently scheduled date of April 20, 2020. For the reasons detailed in the General Order 02-20, the ends of justice served by ordering continuances outweigh the best interests of the public and the defendant in a speedy trial for the time period of continuances implemented by General Order 02-20. 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED the trial date of April 20, 2020, is hereby vacated

Order Continuing Trial
*United States v. Neal*, CR19-5375 RBL – 1

and the trial date will be adjusted accordingly upon reopening of the Seattle and Tacoma courthouses.

ENTERED AS DIRECTED by Judge Ronald B. Leighton this 10th day of April, 2020.