Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-018RBL |
| Plaintiff, | DEFENDANT'S NOTICE OF OBJECTION TO TRIAL DATE AND ASSERTION OF SPEEDY TRIAL RIGHTS |
| vs. | |
| MICHAEL JOHN SCOTT, | |
| Defendant. | |

This Notice serves to preserve that:

1. Defendant Michael Scott has asserted his right, pursuant to 18 U.S.C. Section 3161(c)(1), to be tried within seventy (70) days of his arraignment;

2. Mr. Scott objects to his trial date being continued past the previously scheduled trial date of April 20, 2020.

Respectfully submitted,

LAW OFFICE OF AMY MUTH, PLLC

*s/ Amy I. Muth*
By:  Amy I. Muth, WSBA #31862
Attorney for Michael Scott
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206) 682-3053
(206) 267-0349 (fax)
amy@amymuthlaw.com

DEFENDANT'S NOTICE OF OBJECTION TO TRIAL DATE
Page 1
CR20-018RBL (Scott, Michael John)

LAW OFFICE OF AMY MUTH, PLLC
1000 Second Ave, Suite 3140
Seattle, WA 98104
(206) 682-3053

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Amy Muth*
Amy I. Muth, WSBA #31862
The Law Office of Amy Muth, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98101
O: (206) 682-3053
F: (206) 267-0349
Email: amy@amymuthlaw.com

DEFENDANT'S NOTICE OF OBJECTION
TO TRIAL DATE
Page 2
CR20-018RBL (Scott, Michael John)

LAW OFFICE OF AMY MUTH, PLLC
1000 Second Ave, Suite 3140
Seattle, WA 98104
(206) 682-3053