UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL JOHN SCOTT,<br><br>                Defendant. | NO. CR20-0018 RJB<br><br>ORDER FOR JOINT STATUS REPORT |

This case currently has no trial date set.

IT IS THEREFORE ORDERED that:

1. The parties shall file a Joint Status Report on or before September 16, 2020, that proposes a new trial date and pretrial deadlines; and,

2. Pursuant to General Order Nos. 01-20 – 13-20, the time between entry of the Court's Minute Order re: Trial Date (Dkt. No. 11) and the trial date established after submission of the Joint Status Report is excluded under the Speedy Trial Act

Order for Joint Status Report – 1

pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated this 3rd day of September, 2020.

_____
ROBERT J. BRYAN
United States District Judge

Order for Joint Status Report – 2