District Judge Robert J. Bryan

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9   UNITED STATES OF AMERICA,

10                 Plaintiff,

11        v.

12

13   MICHAEL JOHN SCOTT,

14                 Defendant.

15

NO.  CR20-018RJB

ORDER GRANTING CONTINUANCE
OF TRIAL DATE AND PRETRIAL
MOTIONS DATE

16        This matter comes before the Court on the Joint Status Report the parties filed on

17   September 16, 2020, and General Order 13-20 of the United States District Court for the

18   Western District of Washington addressing measures to reduce the spread and health

19   risks from COVID-19, which is incorporated herein by reference.

20        The Court hereby FINDS as follows:

21   1.   In light of the recommendations made by the Centers for Disease Control and

22        Prevention (CDC), and Public Health for Seattle/Tacoma and King/Pierce

23        County, regarding social distancing measures required to stop the spread of this

24        disease, as well as the lack of the type of personal protective equipment

25        necessary to ensure the health and safety of all participants, it is not possible at

26        this time to proceed with a jury trial.

27

28

ORDER GRANTING CONTINUANCE OF TRIAL- 1
*UNITED STATES v. MICHAEL SCOTT,* CR20-018RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2. Further, because of the recommendations that individuals at higher risk of contracting this disease – including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people, at this time it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community.   Based on the recommendations it would also be medically inadvisable to do so.

3. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant to a speedy trial.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to March 22, 2021, at 9:30 a.m. with a pretrial motions date of January 20, 2021. A pretrial conference shall be held on March 12, 2021, at 8:30 a.m.

IT IS FURTHER ORDERED that the period time from the date of this order up to and including the date to be set for the trial shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 16th day of September, 2020.

ROBERT J. BRYAN
United States District Judge

Submitted by:

s/ *Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

ORDER GRANTING CONTINUANCE OF TRIAL- 2
*UNITED STATES v. MICHAEL SCOTT*, CR20-018RJB