JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL SCOTT,<br><br>　　　　　　Defendant. | NO. CR 20-0018 RJB<br><br>ORDER GRANTING LEAVE TO WITHDRAW |

This matter having come before the Court on the motion of counsel seeking leave to withdraw, and the Court having considered the motion, the declaration of counsel in support of the motion, and having heard from the defendant in this matter, the Court finds that good cause exists for the withdrawal of counsel in this matter: now, therefore,

IT IS HEREBY ORDERED that the motion seeking leave to withdraw is hereby granted. The Court further orders that new counsel be appointed to represent Mr. Scott in this matter.

DATED this 7th of December, 2020.

_____
ROBERT J. BRYAN
United States District Judge

**ORDER GRANTING LEAVE TO WITHDRAW - 1**
CR 20-18 RJB

LAW OFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
fax: 206-267-0349

1

2

3  Presented by:

   *s/Amy I. Muth*
4  AMY I. MUTH, WSBA #31862
   Attorney for Defendant
5  Law Office of Amy Muth, PLLC
   1000 Second Ave, Ste 3140
6  Seattle, WA 98104
   amy@amymuthlaw.com
7  (206) 940-0294

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER GRANTING LEAVE TO WITHDRAW - 2**
CR 20-18 RJB

**LAW OFFICE OF**
**AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
tel: 206-682-3053
fax: 206-267-0349