UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN SCOTT,<br><br>Defendant. | NO. CR20-0018 RJB<br><br>ORDER CONTINUING DETENTION<br>SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 27th day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION – 1
SUPERSEDING INDICTMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970