The Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-018-RJB |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE UNITED STATES** |
| MICHAEL JOHN SCOTT, | |
| Defendant. | |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Jehiel I. Baer hereby appears on behalf of the United States for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Baer at:

JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

//

Notice of Appearance - 1
*United States v. Michael John Scott*, CR-20-018-RJB

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | DATED this 9th day of September, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

_s/ Jehiel I. Baer_
JEHIEL I. BAER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Jehiel.Baer@usdoj.gov

Notice of Appearance - 2
*United States v. Michael John Scott*, CR-20-018-RJB

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

    *s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-4132
Donna.R.Taylor@usdoj.gov

Notice of Appearance - 3
*United States v. Michael John Scott*, CR-20-018-RJB

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970