UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN SCOTT,<br><br>Defendant. | NO. CR20-018-RJB<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion") concerning the following property ("Subject Vehicle"):

    a.    A Dodge Ram 2500, VIN No. 3D7UT2CLXBG564155, Washington State License No. C40349F, seized on or about January 30, 2020 from the Defendant's residence located in Snohomish, Washington.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Drug Enforcement Administration ("DEA") Special Agent ("SA") Ryan C. Smith, hereby FINDS entry of a protective order restraining the Subject Vehicle is appropriate because:

//

Protective Order Restraining Certain Property - 1
*United States v. Michael John Scott*, CR-20-018-RJB

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States gave notice of its intent to pursue forfeiture of the Subject Vehicle in the Forfeiture Bill of Particulars, Dkt. No. 40;
- Based on the facts set forth in the Complaint and SA Smith's Declaration, there is probable cause to believe the Subject Vehicle is subject to forfeiture in this case; and
- To ensure the Subject Vehicle remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Vehicle pending the conclusion of this case is GRANTED; and

2. The Subject Vehicle shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED

DATED this 18th day of October, 2021.

*signature*

ROBERT J. BRYAN
United States District Judge

Presented by:

 s/ Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Jehiel.Baer@usdoj.gov

Protective Order Restraining Certain Property - 2
*United States v. Michael John Scott*, CR-20-018-RJB

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970